UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00156 LPR |
| | ) | |
| v. | ) | |
| | ) | |
| ARON RIVAS, and | ) | 21 U.S.C. § 846 |
| ESTEBAN PEREZ | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about March 7, 2022 until on or about April 20, 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

ARON RIVAS and
ESTEBAN PEREZ,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about April 20, 2022, in the Eastern District of Arkansas, the defendants,

ARON RIVAS and
ESTEBAN PEREZ,

1

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1 or 2 of this Indictment, the defendants, ARON RIVAS and ESTEBAN PEREZ, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 or 2 of this Indictment, the defendants, ARON RIVAS and ESTEBAN PEREZ, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 or 2 of this Indictment, the defendants, ARON RIVAS and ESTEBAN PEREZ, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.