# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                                    NO.   4:23-CR-00156 LPR

ARON RIVAS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY AT THE PULASKI COUNTY JAIL AND TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

      We command that you surrender the body of ARON RIVAS detained in the Pulaski County Jail, 3201 W Roosevelt Road, Little Rock, Arkansas, in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on June 15, 2023 at 2:00 p.m., before the Honorable J. Thomas Ray, and after the proceedings have been concluded, that you return ARON RIVAS to the Pulaski County Jail under safe and secure conduct.

      IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 9 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE