MEMORANDUM

DATE: 12/19/2023

TO: Criminal Docket Clerk

FROM: Carrie Young
U.S. Marshals Service

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 20 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

| Date | |
|---|---|
| <u>12/18/2023</u><br>(Date) | Deft. taken into U.S. Marshal Service custody on a detainer |
| _____<br>(Date) | Deft. taken into E/AR USMS custody on a Warrant of Removal from. |
| _____<br>(Date) | Deft. taken into U.S. Marshal Service custody on a Return Psychiatric Study. |
| _____<br>(Date) | Deft. to custody of AR Department of Corrections |
| _____<br>(Date) | Deft. returned to custody of _____<br>(Another District) |

CASE NO.: <u>4:23-CR-156 LPR</u>
DEFENDANT'S NAME: <u>Aron Rivas #63393-510</u>